PFE/BLP: March 2022
GJ#20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **JEVONTAE KENDRELL DAVIS** | ) Case No. |
| **and TYRESE PERRY** | ) |

## INDICTMENT

**COUNT ONE: [18 U.S.C. § 922(a)(1)(A)]**

The Grand Jury charges that:

Between April 2021 and September 2021, more exact dates being otherwise unknown, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**JEVONTAE KENDRELL DAVIS,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

**COUNT TWO: [18 U.S.C. § 922(a)(6)]**

The Grand Jury charges that:

On or about the 1st day of September 2021, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**JEVONTAE KENDRELL DAVIS
and
TYRESE PERRY**,

each aided and abetted by the other, in connection with the acquisition of a firearm, specifically, a **Taurus 9mm pistol, bearing serial number ABH744507, a Kahr .40 caliber pistol, a SCCY 9mm pistol, bearing serial number 698339, a Taurus 9mm pistol, bearing serial number TKA773338, an EAA .38 special revolver, a Jimenez .380 caliber pistol, a Taurus 9mm pistol, bearing serial number TD091538, a Smith & Wesson 9mm pistol, a Taurus .40 caliber pistol, a SCCY 9mm pistol, bearing serial number 780809, a Phoenix Arms .25 caliber pistol, and a Taurus 9mm pistol, bearing serial number ABM215078**, from Southern Jewelry & Pawn, Inc., d.b.a. Southern Jewelry & Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Southern Jewelry & Pawn, which statement was intended and likely to deceive Southern Jewelry & Pawn, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that DAVIS falsely represented that he was the actual purchaser of the firearm on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, when in truth and in fact, as

he knew then, he was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*

_____
BRITTNEY L. PLYLER
Assistant United States Attorney