# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. 2:22-cr-00045-LSC-JHE |
| | ) |
| **JEVONTAE KENDRELL DAVIS** | ) |
| **and TYRESE PERRY** | ) |

## <u>MOTION TO DISCLOSE</u>

The United States moves the Court to enter an order authorizing the United States to disclose certain material to the defense in order to comply with the government's discovery obligations and shows as follows:

1. The defendants were indicted on February 24, 2022.

2. Prior to the return of the indictment in this matter, the United States obtained a warrant to authorize the search and seizure of evidence in connection with this investigation. This search warrant and related papers were filed under seal in Mag Number 21-385.

3. The government now seeks authority to provide to the defendant a copy of the search warrant papers, including the affidavit submitted in support of the warrant.

4. The United States submits that sealing of the Search Warrant Application is no longer necessary to protect the safety of law enforcement or protect

any ongoing investigation, and that disclosure will serve the interests of justice and otherwise will allow the government to meet its discovery obligations.

WHEREFORE, the United States respectfully requests that its Motion to Disclose be granted.

PRIM F. ESCALONA
United States Attorney

/s/ Electronic Signature
BRITTNEY L. PLYLER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on February 28, 2022, I filed this document electronically with the United States District Court for the Northern District of Alabama using the CM/ECF system and thereby caused a copy to be served on the defendant's counsel of record.

PRIM F. ESCALONA
United States Attorney

/s/ Electronic Signature
BRITTNEY L. PLYLER
Assistant United States Attorney